UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOSE NUNEZ,<br>  Plaintiff<br><br>v.<br><br>CASHMAN DREDGING<br>AND MARINE CONTRACTING, LLC.,<br>  Defendant | )<br>)<br>)  **ORIGINAL**<br>)  **COMPLAINT**<br>)<br>)<br>)<br>) |

## THE PARTIES

1. Plaintiff Jose Nunez is an individual who resides in Texas.

2. The defendant, Cashman Dredging and Marine Contracting, Co., LLC. (Cashman) is a Massachusetts corporation doing business at 549 South Street in Quincy, Massachusetts 02269, who at all times relevant to this action, owned, operated, and/or controlled a fleet of vessels.

## JURISDICTION

3. This is a case of maritime jurisdiction pursuant to 28 U.S.C. § 1333(1) and also of diversity jurisdiction pursuant to 28 U.S.C. § 1332.

## FACTUAL ALLEGATIONS

4. On or about July 4, 2021, as Plaintiff was performing his regular duties aboard Defendants' vessel, he was injured. Plaintiff was performing work when he tripped and fell over a cable that was errantly laid on the deck of the vessel. Plaintiff fell and injured his knee and back. Plaintiff was placed on light duty. Plaintiff's injuries and resulting treatment were caused in whole or in part by the negligence of Defendant, its agents, servants and/or employees, and/or was caused by the unseaworthiness of the Vessel.

1

5. At the same time and place, the plaintiff, Jose Nunez, was employed by the defendant CASHMAN DREDGING AND MARINE CONTRACTING as a maritime worker and suffered serious injuries when he was caused to fall by the negligence of Defendant.

## COUNT I
### NEGLIGENCE – JONES ACT

6. Paragraphs 1-5 are adopted by reference.

7. The injuries sustained by the plaintiff, Jose Nunez, were not caused by any fault on his part, but were caused by the negligence of the defendant, its agents, or servants as follows:

    a. failure to use due care to provide and maintain a seaworthy vessel with safe working conditions and proper appliances;

    b. failure to use due care to make reasonable and periodic inspection of said vessel, its equipment and appliances;

    c. failure to use due care to furnish the plaintiff with a reasonably safe place in which to perform his work;

    d. failure to establish proper policies and procedures;

    e. failure and negligence of fellow employees; and

    f. failure and negligence in other respects that will be shown at the trial.

8. As a result of the said injuries, the plaintiff, Jose Nunez, suffered great pain of body and anguish of mind, was prevented from performing his usual duties, incurred medical and hospital expenses, and has suffered and will suffer other damages that will be shown at trial.

9. This cause of action is brought under the Merchant Marine Act of 1920, commonly called the Jones Act, 46 U.S.C. §30104.

REQUEST FOR RELIEF

For these reasons, the plaintiff demands as follows:

1. That this court enters judgment in his favor against the defendant.

2. That this court enters such other and further relief as it deems appropriate.

## COUNT II
### GENERAL MARITIME LAW – UNSEAWORTHINESS

10. Paragraphs 1-9 are adopted by reference.

11. The injuries sustained by the plaintiff, Jose Nunez, were caused by the unseaworthiness of defendant, including its vessel, its appliances, appurtenances, and equipment.

12. As a result of the said injuries, the plaintiff suffered great pain of body and anguish of mind, lost a great deal of time from his usual work, incurred medical and hospital expenses, and suffered and will continue to suffer other damages that will be shown at trial.

13. This cause of action is brought under the General Maritime Law based upon unseaworthiness and is for the same cause of action as Count I.

REQUEST FOR RELIEF

For these reasons, the plaintiff demands as follows:

1. That this court enters judgment in his favor against the defendant.

2. That this court enters such other and further relief as it deems appropriate.

## COUNT III
### GENERAL MARITIME LAW – MAINTENANCE AND CURE

14. Paragraphs 1-13 are adopted by reference.

15. As a result of his injuries, the plaintiff, Jose Nunez, incurred expenses for his maintenance and cure and will continue to do so.

## REQUEST FOR RELIEF

For these reasons, the plaintiff demands as follows:

1. That this court enters judgment in his favor against the defendants.

2. That this court enters such other and further relief as it deems appropriate.

## COUNT IV
### 33 U.S.C. §905(b) - NEGLIGENCE

16. Paragraphs 1-15 are adopted by reference.

17. The injuries sustained by the plaintiff, Jose Nunez were due to no fault of his, but were caused by the negligence of the fleet of vessels owned, operated, controlled and/or chartered by defendant.

18. As a result of said injuries, plaintiff, James Hewitt has suffered great pain of body and anguish of mind, incurred medical and hospital expenses, lost a great deal of time from his usual work, and has suffered and will suffer other damages as will be shown at the trial.

19. This cause of action is brought based upon negligence pursuant to 33 U.S.C. §905(b).

## REQUEST FOR RELIEF

For these reasons, the plaintiff demands as follows:

1. That this court enter judgment in his favor against the defendant.

2. That this court enter such other and further relief as it deems appropriate.

PLAINTIFF DEMANDS TRIAL BY JURY ON ALL COUNTS

Respectfully submitted
By his attorney,

*Thomas M. Bond*
_____
Thomas M. Bond, B.B.O. No. 546649
THE KAPLAN/BOND GROUP
265 Franklin Street, Suite 1702
Boston, MA 02110
(617) 261-0080
tbond@kaplanbond.com